USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2269 FRIEDRICH LU, Plaintiff, Appellant, v. HARSHBARGER, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Friedrich Lu on brief pro se. ____________ Scott Harshbarger, Attorney General, and Juliana deHaan Rice, __________________ ____________________ Assistant Attorney General, on appellees' motion for summary disposition and memorandum of law. ____________________ February 2, 1998 ____________________ Per Curiam. Upon review of the record and consideration __________ of the arguments raised in appellant's briefs and the appellees' motion for summary disposition, we perceive no substantial reason to overturn the order of dismissal. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-